This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**GMAC MORTGAGE LLC**,

Plaintiff-Appellee,

v.                                                        NO. 33,363

**STEVEN J. CHAVEZ, a/k/a STEVEN CHAVEZ,**

Defendant-Appellant,

and

**MESA RIDGE APARTMENTS, LLC, d/b/a Mesa Ridge Apartments, YELLOW BOOK SALES & DISTRIBUTION COMPANY, INC., and DON STANTON,**

Defendants,

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Ted Baca, District Judge**

Steven Chavez,
Tijeras, NM

Pro se Appellant

The Castle Law Group, LLC
Robert Lara
Albuquerque, NM

for Appellee

**MEMORANDUM OPINION**

**ZAMORA, Judge.**

{1}     Summary reversal was proposed for the reasons stated in the notice of proposed summary disposition.  No memorandum opposing summary reversal has been filed and the time for doing so has expired.  Accordingly, we reverse for the reasons stated in our calendar notice.

{2}     **IT IS SO ORDERED.**


_____
**M. MONICA ZAMORA, Judge**


**WE CONCUR:**


_____
**RODERICK KENNEDY, Chief Judge**


_____
**J. MILES HANISEE, Judge**